UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LAUREN M. DIERS,

    Plaintiff,                                                    Case No. 3:21-cv-296

vs.

STATE FARM MUTUAL AUTOMOBILE        District Judge Michael J. Newman
INSURANCE COMPANY,                            Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

**ORDER: (1) DENYING AS MOOT DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO BIFURCATE AND STAY DISCOVERY OF PLAINTIFF'S BAD FAITH CLAIM (Doc. No. 13); AND (2) DIRECTING THE PARTIES TO JOINTLY FILE A STATUS REPORT ON CASE PROCEEDINGS AND ANY REQUEST FOR DEADLINE EXTENSIONS BY JANUARY 25, 2023**

---

       This case comes before the Court on the parties' joint stipulation of partial dismissal. Doc. No. 22. The parties agree that all contractual claims have been settled but Plaintiff Lauren M. Diers reserves her bad faith and punitive damages claims for disposition before the Court. *Id.* Defendant State Farm Mutual Automobile Insurance Company previously moved this Court to bifurcate the bad faith claims from the contractual claims and stay discovery of the bad faith claims until after resolution of the contractual claims. Doc. No. 13. Because the partial dismissal leaves only the bad faith claims for disposition before the Court, the motion is now moot and is, therefore, **DENIED**.

       The Court notes that the deadline for discovery in this case was November 2, 2022 and the deadline to file dispositive motions was December 16, 2022. Doc. No. 21. As both dates have

passed, the Court **DIRECTS** the parties to file a status report on their proceedings and include whether they require an extension of one or both of these deadlines.

    **IT IS SO ORDERED.**

  January 4, 2023                                      s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge