UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LAUREN M. DIERS,

    Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.

Case No. 3:21-cv-296

District Judge Michael J. Newman

_____

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION *IN LIMINE* (Doc. No. 52)**
_____

A jury trial in this civil case is set to begin on February 3, 2025. The case is pending, following the final pretrial conference, on Defendant's motion *in limine*. Doc. No. 52. During the final pretrial conference, Plaintiff's counsel stated he did not oppose Defendant's motion *in limine*, and he agreed not to refer to the matters addressed therein during trial.

Accordingly, for good cause shown and in the absence of opposition, the Court **GRANTS** Defendant's motion *in limine*.

    **IT IS SO ORDERED.**

    January 31, 2025                                                      s/*Michael J. Newman*
                                                                           Hon. Michael J. Newman
                                                                           United States District Judge