AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Lauren M Diers <br> *Plaintiff* <br> v. <br> State Farm Mutual Automobile Insurance Company <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:21-cv-296 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____ .

☐ **other:**

This action was *(check one)*:

☑ **tried by a jury with Judge** Michael J. Newman **presiding, and the jury has rendered a verdict.**

☐ **tried by Judge** _____ **without a jury and the above decision was reached.**

☐ **decided by Judge** _____ **on a motion for**

Date: 2/5/2025

CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*